# Court of Appeals
# of the State of Georgia

ATLANTA, November 06, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0306. TRIVETTE v. LEVINE & SMITH, LLC

The above appeal was docketed in this Court on October 2, 2012. Pursuant to Court of Appeals Rule 23 (a), Appellant's brief shall be filed within 20 days after the appeal is docketed.

On October 29, 2012, Appellant's counsel filed a request for an extension of time stating he had never received a docketing notice. On that same date, Appellant updated the Court of Appeals' eFast system to reflect an update in profile address. Rule 9 (e) of this Court states, "[i]f during the pendency of any appeal or application counsel for either party has a change of address or telephone number, counsel shall file a notification of change of address or telephone number with the Court, notifying the Court of counsel's correct address and telephone number, and the effective date of such change. . . . Failure of counsel to properly notify the Court of any change of address or telephone number, which may result in counsel not receiving notification of Court action, shall not be grounds to reinstate or reconsider any matter adverse to counsel or parties because of the failure of counsel to receive notification from the Court."

Because Appellant did not timely file their brief or a motion for an extension of time, Appellee's Motion to Dismiss Appeal is hereby GRANTED. See Rule 23 (a) (Appellant's motion for extension of time to file brief must be filed prior to the date the brief is due. Failure to comply with this Rule could result in the dismissal of the appeal).



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,* 11/06/2012

      *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*